# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 10, 2008

134969 & (83)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

RUDOLPH JEROME HORTON,
       Defendant-Appellant.

SC: 134969
COA: 268264
Kent CC: 04-009942-FC

_____/

      On order of the Court, the motion for decision on the defendant's application is GRANTED. The application for leave to appeal the August 28, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 10, 2008

_____
Clerk

p1203